BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
RACHEL J. FELDMAN (SBN 246394)
rfeldman@whitecase.com
ARASH SADAT (SBN 279282)
asadat@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

Attorneys for Defendant
NESTLÉ USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE MCCOY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NESTLÉ USA, INC., a Delaware Corporation, Nestlé Mexico, S.A., a Mexican Corporation,<br><br>Defendants. | No. 3:15-cv-04451-JCS<br><br>**JOINT STIPULATION:**<br><br>**(1) EXTENDING TIME FOR DEFENDANT NESTLÉ USA, INC. TO RESPOND TO COMPLAINT;**<br><br>**(2) SETTING BRIEFING SCHEDULE FOR MOTION FILED PURSUANT TO FED. R. CIV. P. 12; AND**<br><br>**(3) CONTINUING CASE MANAGEMENT CONFERENCE TO SAME DATE AS MOTION HEARING DATE**<br><br>[Declaration of Bryan A. Merryman and [Proposed] Order filed concurrently] |

Pursuant to Local Rules 6-1(a), 6-2(a), and 7-12, plaintiff Elaine McCoy ("Plaintiff") and defendant Nestlé USA, Inc. ("NUSA") hereby stipulate: (1) to extend NUSA's deadline to respond to the complaint from October 30, 2015, to January 11, 2016; (2) to set a briefing schedule for any motion filed by NUSA pursuant to Federal Rule of Civil Procedure 12; and (3) to reschedule the Case Management Conference ("CMC") currently scheduled for January 8, 2016, to March 11, 2016, or another date set by the Court for the hearing on NUSA's motion(s) pursuant to Federal Rule of Civil Procedure 12.

WHEREAS, on September 28, 2015, Plaintiff filed in this Court a putative class action complaint ("Complaint") against defendants NUSA and Nestlé Mexico, S.A. ("Nestlé Mexico").

WHEREAS, on October 9, 2015, Plaintiff served the Complaint on NUSA.

WHEREAS, both Plaintiff and NUSA voluntarily consented to the jurisdiction of the magistrate judge.

WHEREAS, the deadline for NUSA to respond to the Complaint is October 30, 2015.

WHEREAS, the parties have agreed to extend the deadline for NUSA to respond to the Complaint from October 30, 2015, to January 11, 2016, for the reasons set forth below.

WHEREAS, NUSA intends to file a motion to dismiss the Complaint and possibly a motion to strike. Due to the complexity of the contemplated motions, the parties have agreed to a briefing schedule that allows additional time, subject to this Court's approval, for both parties to present their positions to this Court, in accordance with the commentary to Local Rule 7-2.

WHEREAS, lead counsel for Plaintiff, Elaine Byszewski, has a longstanding family commitment overseas in late December 2015 and early January 2016, which the stipulated briefing schedule takes into account.

WHEREAS, Plaintiff has not served the Complaint on Nestlé Mexico and intends to serve Nestlé Mexico pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention").

WHEREAS, affording Plaintiff additional time to serve Nestlé Mexico may allow for consolidated briefing of any motion filed by NUSA under Federal Rule of Civil Procedure 12, and, depending on the progress of Plaintiff's efforts to serve Nestlé Mexico, the parties may seek

-2-

1  the Court's permission to revise this briefing schedule.

2  WHEREAS, the CMC in this action is currently scheduled for January 8, 2016, and the parties request, for purposes of judicial economy and more efficient case management, that the CMC be rescheduled to the same date as the hearing on NUSA's motion(s) pursuant to Federal Rule of Civil Procedure 12.

WHEREAS, neither the extension of time to respond to the Complaint nor the stipulated briefing schedule will alter the date of any event or deadline already fixed by Court order. However, the requested continuance of the CMC would alter the date of the currently scheduled CMC.

WHEREAS, neither the extension of time to respond to the Complaint nor the stipulated briefing and CMC schedule is sought for the purpose of unnecessary delay.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE:

(1) NUSA's deadline to time to move, plead, or otherwise respond to the Complaint shall be extended to January 11, 2016;

(2) Plaintiff shall file any opposition to a motion filed by NUSA pursuant to Federal Rule of Civil Procedure 12 on or before February 12, 2016;

(3) NUSA shall file any reply brief in support of such a motion on or before February 26, 2016;

(4) The hearing on any motion filed by NUSA pursuant to Federal Rule of Civil Procedure 12 shall be on March 11, 2016, at 9:30 a.m., or such other date ordered by the Court; and

(5) The Case Management Conference shall take place on March 11, 2016, at 9:30 a.m., or such other date ordered by the Court.

Dated: October 29, 2015               WHITE & CASE LLP

                                      By:  /s/ Bryan A. Merryman
                                           Bryan A. Merryman

                                      Attorneys for Defendant
                                      NESTLÉ USA, INC.

-3-

| | |
|---|---|
| Dated: October 29, 2015 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: _/s/ Elaine T. Byszewski_<br>       Elaine T. Byszewski |
| | Attorneys for Plaintiff<br>ELAINE MCCOY |