UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE MCCOY,<br>    Plaintiff.<br>    v.<br>NESTLE USA, INC,<br>    Defendant. | Case No. 15-cv-04451-JCS<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 32 |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant.

Dated: March 30, 2016

                                                Susan Y. Soong, Clerk

                                                By: /s/ Karen L. Hom

                                                    Karen L. Hom
                                                    Deputy Clerk